## Stresenreuter Brothers, Appellee, v. Henry A. Knott, Appellant.

### Gen. No. 23,590.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOSEPH S. LABUY, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed July 10, 1918.

### Statement of the Case.

Action by Stresenreuter Brothers, a corporation, plaintiff, against Henry A. Knott, defendant, to recover on a promissory note. From a judgment for plaintiff for $1,996.91, defendant appeals.

A. M. CROSS, for appellant.

C. W. GREENFIELD, for appellee.

MR. JUSTICE TAYLOR delivered the opinion of the court.

### Abstract of the Decision.

1. BUILDING AND CONSTRUCTION CONTRACTS, § 103*—*when evidence supports verdict on note given in payment for work.* In an action to recover on a promissory note given in payment for work performed under a building contract, evidence examined and *held* sufficient to support a judgment for plaintiff.

2. BUILDING AND CONSTRUCTION CONTRACTS, § 97*—*when evidence is admissible to show that departure from terms was sanctioned.* Where, by their conduct, the parties to a building contract waive a provision therein that authority to depart from its terms shall be in writing, in an action to recover on a note given in payment for work done under the contract, evidence offered by plaintiff to show that the departure from the terms was with the sanction of defendant's proper representative is admissible.

3. BUILDING AND CONSTRUCTION CONTRACTS, § 83*—*what is not condition precedent to suit by contractor on note.* Where a promissory

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

note is given in payment of work done under a building contract, it is not necessary that the question of the damages, which the maker of the note claims to have suffered by reason of a deviation from the plans, be referred to the architect for determination before the contractor can bring suit on the note.

---

## Edward Smorawski, by Theodoria Smorawski, Appellee, v. Chicago City Railway Company, Appellant.

### Gen. No. 23,768.

1. APPEAL AND ERROR, § 1411*—*when judgment not disturbed.* In an action to recover for personal injuries, where the evidence, though conflicting, is sufficient to support the verdict, a judgment for plaintiff will not be interfered with.

2. CARRIERS—*what care required to protect child found riding on steps of street car.* Where the conductor of a street car sees a child less than 7 years old riding on the step, he must endeavor reasonably to protect him against his own indiscretion.

3. CARRIERS—*when evidence supports verdict for injuries received by child found riding on street car while attempting to alight.* Evidence that the conductor of a street car, on seeing plaintiff, a child under 7 years of age, standing· on the step of the car as it was moving, stamped his foot and ordered plaintiff to get off, whereupon plaintiff attempted to alight and, in so doing, fell and was injured, is sufficient to support a verdict for plaintiff.

4. DAMAGES, § 120*—*when not excessive.* A verdict of $2,000 is not excessive where the injuries received were a contusion of the head, stunning plaintiff, and abrasions and contusions of the knees and elbow, and will result in plaintiff having a wryneck.

Appeal from the Superior Court of Cook county; the Hon. JOHN J. SULLIVAN, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed July 10, 1918.

C. L. MAHONY and WATSON J. FERRY, for appellant; W. W. GURLEY and JOHN R. GUILLIAMS, of counsel.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.